1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  Telephone:  (916) 444-7900
   Fax: (916) 444-7998
4  portanova@thelawoffices.com

5  Attorney for Defendant AMANUALLAH KHALIL

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )   CASE NO.   CR-S-09-0258 GEB
                                   )
13           Plaintiff,            )
                                   )
14                                 )   **STIPULATION AND**
       v.                          )   **ORDER**
15                                 )   **RE: CONDITIONS OF**
    AMANULLAH KHALIL,              )   **PRE-TRIAL RELEASE**
16                                 )
                                   )
17           Defendant.            )
    _____ )
18
            With the Court's permission, defendant Amanullah Khalil and the United States of
19
    America, by and through their undersigned attorneys, hereby stipulate and agree that
20
            **1.  Defendant Amanullah Khalil may travel to Tucson, Arizona for business**
21
    **purposes between February 2, 2010 and February 21, 2010.  Mr. Khalil will stay at the**
22
    **Four Point Hotel, 350 South Freeway Road, Tucson, Arizona, 85745.  He will remain**
23
    **reachable by cell phone, (916) 201-5825, and will report to Pre-Trial Services as required.**
24
            The Pre-Trial Services Office has no objection to this modification of Amanullah Khalil's
25
    conditions of pre-trial release.
26
            All prior orders of the court regarding the defendant's pretrial release shall remain in full
27
    force and effect.
28

1  **SO STIPULATED.**

2  DATED:   February 2, 2010                         /s/ William J. Portanova
                                                     WILLIAM J. PORTANOVA
3                                                    Attorney for Amanullah Khalil

4

5  DATED:   February 2, 2010                         /s/ Sean Flynn
                                                     SEAN FLYNN
6                                                    Assistant U.S. Attorney

7

8  **IT IS SO ORDERED.**

9  Dated:  February 3, 2010

10

11  _____
    GARLAND E. BURRELL, JR.
12  United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28