```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. S 09-00258 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| | ) **STIPULATION FOR RESTITUTION** |
| AMANUALLAH KHALIL, | ) |
| Defendant. | ) |

   IT IS HEREBY STIPULATED between the United States, through its undersigned counsel, Assistant U.S. Attorney R. Steven Lapham, and defendant Amanuallah Khalil, through his undersigned counsel, Christopher Haydn-Myer, that the amount of restitution owed to the victim lender, is $427,153.

   IT IS FURTHER STIPULATED that, with respect to the property located at 494 Serpa Way, Folsom, California, which is currently subject to forfeiture pursuant to 31 U.S.C. § 5317, any forfeited

////

////

1

funds remitted to the victim through the remission or restoration process shall be credited to the defendant's restitution obligation.

DATED: December 18, 2012

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                              By: /s/ R. Steven Lapham
                                R. STEVEN LAPHAM
                                Assistant U.S. Attorney

DATED: December 18, 2012

                                      /s/ Christopher Haydn-Myer
                                      CHRISTOPHER HAYDN-MYER
                                      Attorney for Defendant

```
1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>     v.                      )<br>                             )<br>AMANUALLAH KHALIL,           )<br>                             )<br>            Defendant.       )<br>                             )<br>                             )<br>                             )<br>_____) | CASE NO. S 09-00258 GEB<br><br><br><br><br>ORDER FOR RESTITUTION |

   Based on the Stipulation for Restitution entered into by the parties, and good cause appear therefor, the court finds that the amount of restitution to be paid by the defendant to the victim in this case is $427,153.00. The payments shall be made to the victim pursuant to 18 U.S.C. §3663A.

   Restitution shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program. If any amount of restitution remains unpaid after release from custody, the United States Probation Officer assigned to Mr. Khalil shall set a schedule

3

ordering payments depending on the defendant's monthly income, but not less than $100.00, during the period of supervised release, such payments to begin 120 days after the commencement of supervision. The interest is waived.

With respect to the property located at 494 Serpa Way, Folsom, California, which is currently subject to forfeiture pursuant to 31 U.S.C. § 5317, any forfeited funds remitted to the victim through the remission or restoration process shall be credited to the defendant's restitution obligation.

IT IS SO ORDERED.

Dated:   December 20, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge