UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.  **RE:** **Amanullah Khalil**
Senior United States District Judge       **Docket Number: 0972 2:09CR00258-002**
Sacramento, California                    **PERMISSION TO TRAVEL**
                                          **OUTSIDE THE COUNTRY**

Your Honor:

Amanullah Khalil is requesting permission to travel on a cruise departing from Long Beach, California, to Catalina Island and to Ensenada, Baja California, Mexico. Amanullah Khalil is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On November 2, 2012, Amanullah Khalil was sentenced for the offense of 18 USC 1014, False Statement on Loan Application (Class B Felony).

**Sentence Imposed:** 21 months custody of the Bureau of Prisons; 60 months Supervised Release; $100 Special assessment (Paid); and $427,153.00 Restitution.

**Dates and Mode of Travel:** Travel dates from September 4, 2017, through September 8, 2017. Departing from the port of Long Beach, California on a cruise ship.

**Purpose:** Vacation with family.

RE: **Amanullah Khalil**
 **Docket Number: 0972 2:09CR00258-002**
 **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Tim Mechem

Tim D. Mechem
Supervising United States Probation Officer

Dated: August 22, 2017
 Fresno, California
 TDM/rmv

**REVIEWED BY:** /s/ Brian J. Bedrosian

**Brian J. Bedrosian**
**Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved  ☐ Disapproved

Dated: August 30, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge